UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>    Defendant. | Civil Action No.  1:10 CV 10254 - JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of Victor H. Polk, Jr. of the law firm of Greenberg Traurig, LLP, One International Place, Boston, Massachusetts, 02110, as attorney for defendant Deutsche Bank AG, in the above-captioned case.

**RESPECTFULLY SUBMITTED:**

/s/ Victor H. Polk, Jr.
John A. Pappalardo, BBO #388760
Victor H. Polk, Jr., BBO #546099
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
Tel.: (617) 310-6000
Fax: (617) 310-6001

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on April 14, 2010.

/s/ Victor H. Polk, Jr.

BOS\46,620,185v1