UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
AKAMAI TECHNOLOGIES, INC. and   )
AKAMAI SECURITIES CORPORATION,  )
                                )
        Plaintiff,              )
                                )
        v.                      )   1:10-cv-10254-JLT
                                )
DEUTSCHE BANK AG,               )
                                )
        Defendant.              )
_____)

**MOTION FOR LEAVE TO WITHDRAW MATTHEW W. ALSDORF
AS COUNSEL FOR PLAINTIFF**

PURSUANT TO RULE 83.5.2 of the Local Rules of the United States District Courts for the District of Massachusetts, the law firm Choate Hall & Stewart LLP files this Motion for Leave to Withdraw Matthew W. Alsdorf of Jenner & Block LLP, as Counsel for Plaintiff, Akamai Technologies, Inc. and Akamai Securities Corporation ("Akamai") in the above-captioned case. In support of this motion, Choate Hall & Stewart LLP states as follows:

1. This Court granted Matthew W. Alsdorf's *pro hac vice* admission in the above-captioned action on March 22, 2010. Mr. Alsdorf is identified as counsel to be noticed. As of May 14, 2010, Mr. Alsdorf will be taking a Leave of Absence from Jenner & Block.

2. Akamai has been informed of and consents to the withdrawal of Mr. Alsdorf.

3. Akamai remains represented by the law firms of Choate Hall & Stewart LLP and Jenner & Block LLP. In addition to Mr. Alsdorf, other attorneys from Jenner & Block LLP have entered appearances on behalf of Akamai in the above-captioned case.

4. There is a pending motion to stay this action pending arbitration. No responsive pleading has been entered, and no trial date has been set.

5. The withdrawal of Mr. Alsdorf would not affect the case schedule in any way.

6. For the foregoing reasons, Choate Hall & Stewart LLP respectfully requests that this Court grant leave for Matthew W. Alsdorf to withdraw as counsel for Akamai.

Dated: June 17, 2010

> Respectfully submitted,
>
> AKAMAI TECHNOLOGIES, INC. and
> AKAMAI SECURITIES CORPORATION
> By its attorney,
>
>
> */s/ Michael T. Gass*
> Michael T. Gass (BBO #546874)
> CHOATE, HALL & STEWART LLP
> Two International Place
> Boston, MA 02110
> 617-248-5000
> mgass@choate.com

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Akamai Technologies, Inc. and Akamai Securities Corporation hereby certifies that he has conferred with counsel for the Defendant concerning the subject matter of this Motion and that Defendant assents to this Motion.

> */s/ Michael T. Gass*
> Michael T. Gass

## CERTIFICATE OF SERVICE

      I, Michael T. Gass, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 17, 2010.

                                                                                                */s/ Michael T. Gass*
                                                                                                Michael T. Gass