# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>Defendant. | Civil Action No.:<br>1:10 Civ. 10254 (JLT) |

## MOTION FOR *PRO HAC VICE* ADMISSION, TOBY S. SOLI

The defendant, Deutsche Bank AG ("Defendant"), hereby moves, pursuant to L.R. 83.5.3, that the Court allow attorney Toby S. Soli to appear *pro hac vice* in the above-caption matter. As grounds therefore, undersigned counsel state:

1. Attorney Soli is a member in good standing of all the bars in which she is admitted to practice, and familiar with the Local Rules of this Court.

2. There are no disciplinary proceedings pending against Attorney Soli as a member of the bar of any jurisdiction.

3. Undersigned counsel is a member of the bar of this Court, and has appeared in this action on behalf of Defendant.

The certificate, required by L.R. 83.5.3, of attorney Toby S. Soli is attached to this motion as Attachment A.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion for *Pro Hac Vice* Admission of Toby S. Soli as it co-counsel in this matter.

Dated: July 30, 2010

RESPECTFULLY SUBMITTED:

DEUTSCHE BANK AG,
Defendant,

By its attorneys:

/s/ A. John Pappalardo
A. John Pappalardo, BBO #388760
Victor H. Polk, Jr., BBO #546099
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel.: (617) 310-6000
Fax: (617) 310-6001
pappalardoj@gtlaw.com
polkv@gtlaw.com

## RULE 7.1(A)(2) CERTIFICATE

I, A. John Pappalardo, hereby certify that counsel for Plaintiff has ASSENTED to the allowance of this motion.

/s/ A. John Pappalardo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on July 30, 2010.

/s/ A. John Pappalardo

# ATTACHMENT

# A

## CERTIFICATION

I, Toby S. Soli, Esquire hereby certify that:

1. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice. I have been admitted to practice in the courts of the states of New York and Connecticut, and the federal courts of the Southern District of New York, District of Connecticut, and Second Circuit.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts

_____
Toby S. Soli

Dated: 7-28-2010