UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AKAMAI TECHNOLOGIES, INC. and<br>AKAMAI SECURITIES CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>DEUTSCHE BANK AG,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 10-10254-JLT |

ORDER

August 5, 2010

TAURO, J.

After a hearing held on August 4, 2010, this court hereby orders that Defendant's Motion to Stay Pending Arbitration [#5] is DENIED.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge