UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>Defendant. | Civil Action No. 1:10 CV 10254 - JLT |

**DEFENDANT DEUTSCHE BANK AG'S ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Deutsche Bank AG ("Defendant"), with the assent of Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation (collectively "Plaintiffs"), hereby moves for an extension of time to answer, move or otherwise plead in response to the Complaint filed in this action up to and including September 13, 2010. In support of this motion, Defendant states the following:

1. The present date by which Defendant's responsive pleading to the Complaint is due is August 25, 2010.

2. Due to the vacation schedules and prior professional commitments of attorneys involved in the representation of Defendant, request was made of Plaintiffs for an extension of the time to respond.

3. Counsel for Plaintiffs has assented to the extension of time up to and including September 13, 2010.

WHEREFORE, Defendant Deutsche Bank AG respectfully requests that this Court enter an Order extending the time for Defendant to file its responsive pleading to Plaintiffs' Complaint up to and including September 13, 2010.

Dated: August 13, 2010

                **RESPECTFULLY SUBMITTED:**

                DEUTSCHE BANK AG,
                Defendant,

                By its attorneys:

                /s/ Victor H. Polk, Jr.
                John A. Pappalardo, BBO #388760
                Victor H. Polk, Jr, BBO #546099
                GREENBERG TRAURIG, LLP
                One International Place
                Boston, MA  02110
                Tel.: (617) 310-6000
                Fax: (617) 310-6001

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Victor H. Polk, Jr., hereby certify that we conferred with counsel for Plaintiffs, who assented to this Motion.

                /s/ Victor H. Polk, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on August 13, 2010.

/s/ Victor H. Polk, Jr.