UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>Defendant. | Civil Action No. 1:10 CV 10254 - JLT |

**JOINT MOTION FOR LEAVE TO**
**FILE MEMORANDA IN EXCESS OF 20 PAGE LIMIT**

Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation (collectively "Plaintiffs") and Defendant Deutsche Bank AG ("Defendant") hereby jointly seek leave of the Court to file their Memoranda of Law concerning Defendant's Motion to Dismiss of up to 30 pages in length. In support of their motion, the parties state as follows:

1. Defendant intends to file a Motion to Dismiss on or about September 13, 2010 and has so informed the Plaintiffs.

2. The parties agree and believe that Memoranda of Law of up to 30 pages in length both in support and opposition to this Motion to Dismiss would be helpful to the Court's consideration of the Motion.

3. Since this length is in excess of the 20 page limit imposed by Local Rule 7.1(B)(4) of the Local Rules of the United States District Court of Massachusetts, the parties hereby jointly request permission of the Court to file such memoranda of up to 30 pages in length.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court enter an

Order extending the page limit from 20 to 30 pages for the Memoranda of Law in support of and in opposition to Defendant's Motion to Dismiss.

Dated: September 10, 2010

                                    **RESPECTFULLY SUBMITTED:**

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC., AND AKAMAI SECURITIES CORPORATION, | DEUTSCHE BANK AG, |
| By their attorney, | By its attorneys, |
| /s/ Michael T. Gass<br>Michael T. Gass, BBO #546874<br>CHOATE, HALL & STEWART<br>Two International Place<br>Boston, MA 02110<br>(617) 248-5000<br>mgass@choate.com | /s/ Victor H. Polk, Jr.<br>John A. Pappalardo, BBO #388760<br>Victor H. Polk, Jr, BBO #546099<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, MA 02110<br>Tel.: (617) 310-6000<br>Fax: (617) 310-6001<br>polkv@gtlaw.com |

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Victor H. Polk, Jr., hereby certify that we conferred with counsel for Plaintiffs, who assented to this Motion.

                                    /s/ Victor H. Polk, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on September 10, 2010.

/s/ Victor H. Polk, Jr.