UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>Defendant. | Civil Action No. 1:10 CV 10254 - JLT |

**UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendant Deutsche Bank AG ("Defendant") respectfully requests leave of court to file a reply memorandum in further support of its Motion to Dismiss. As grounds therefor, Defendant states:

1. Defendant believes that a reply memorandum will be helpful to the Court in its consideration of the Motion to Dismiss.

2. Defendant proposes to file a reply memorandum on or before October 12, 2010, the same date upon which its response is due to Plaintiffs' Motion to have this Court lift the automatic stay of discovery imposed by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B). (Doc. #27).

3. Plaintiffs have stated that they do not oppose this motion for leave (but do not assent).

WHEREFORE, Defendant respectfully requests that the Court grant Defendant leave of court to file a reply memorandum on or before October 12, 2010.

October 5, 2010                           RESPECTFULLY SUBMITTED:

DEUTSCHE BANK AG,
Defendant,

By its attorneys:

/s/ A. John Pappalardo
A. John Pappalardo, BBO #388760
Victor H. Polk, Jr., BBO #546099
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
Tel.: (617) 310-6000
Fax: (617) 310-6001

## Rule 7.1 Certification

Undersigned counsel for the Defendant hereby certifies that he has conferred with counsel of record for Plaintiffs and made a good faith attempt to resolve and narrow the issues raised in this motion.

/s/ Victor H. Polk, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on October 5, 2010.

/s/ A. John Pappalardo

BOS\46,672,847v3