UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

AKAMAI TECHNOLOGIES, INC. and )
AKAMAI SECURITIES CORPORATION, )
)
            Plaintiffs, ) Civil Action No:
) 10-CV-10254-JLT
            v. )
)
DEUTSCHE BANK AG, )
)
            Defendant. )
_____)

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION FOR SPECIFIC DISCOVERY TO PRESERVE EVIDENCE AND PREVENT UNDUE PREJUDICE**

Pursuant to Local Rule 7.1(b)(3), Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation hereby respectfully request leave of Court to file a reply memorandum in further support of their Motion for Specific Discovery to Preserve Evidence and Prevent Undue Prejudice (Dkt No. 27).

    1.    Plaintiffs believe that a reply memorandum will be helpful to the Court in its consideration of Plaintiffs' motion.

    2.    Plaintiffs propose a reply of no longer than ten pages, to be submitted no later than October 26, 2010, two weeks after the filing of Defendant's opposition to Plaintiffs' motion.

    3.    Defendant has stated that it does not oppose this motion (but does not assent).

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs leave of Court to file a reply memorandum no later than October 26, 2010.

4749572v1

Dated: October 18, 2010

    Respectfully submitted,

    AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION

    By its attorneys,

    <u>/s/ Jennifer E. Tracy</u>
    Michael T. Gass (BBO #546874)
    Jennifer E. Tracy (BBO #661539)
    CHOATE, HALL & STEWART LLP
    Two International Place
    Boston, MA 02110
    Tel: (617) 248-4750

    Andrew Weissmann (*admitted pro hac vice*)
    Michael W. Ross (*admitted pro hac vice*)
    Elizabeth A. Edmondson (*admitted pro hac vice*)
    JENNER & BLOCK LLP
    919 Third Avenue, 37th Floor
    New York, NY 10022
    Tel: (212) 891-1600

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Akamai Technologies, Inc. and Akamai Securities Corporation hereby certifies that she has conferred with counsel for the Defendant concerning the subject matter of this Motion. Defendant does not oppose this motion (but does not assent).

/s/ Jennifer E. Tracy
Jennifer E. Tracy

## CERTIFICATE OF SERVICE

I, Jennifer E. Tracy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 18, 2010.

/s/ Jennifer E. Tracy
Jennifer E. Tracy