UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AKAMAI TECHNOLOGIES, INC. and | * | |
| AKAMAI SECURITIES CORPORATION, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 10-10254-JLT |
| | * | |
| DEUTSCHE BANK AG, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

February 15, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, this court hereby orders that:

1. Defendant's Motion to Dismiss [#22] is DENIED.

2. Plaintiff's Motion for Specific Discovery [#27] is MOOT.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge