# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| AKAMAI TECHNOLOGIES, INC. and<br>AKAMAI SECURITIES CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>*Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) | 10-CV-10254-JLT |

## PLAINTIFFS' LIST OF DEPONENTS

Pursuant to the Court's Notice of Scheduling Conference and Modified Discovery Order dated March 15, 2011 (Dkt Nos. 47 and 48), Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation (collectively, "Akamai"), by and through its undersigned counsel, provides the following list of individuals Akamai may seek to depose based on the documents and information currently available.  Akamai reserves the right to alter or supplement this list based upon information learned in the course of discovery:

1. Kevin Lynch

2. Jonathan DeFreytas

3. Susanna Chan

4. Hardy Manges

5. Andres Ponce

6. Con Accibal

7. Paul Vambutas

8. One or more officers, directors, employees or agents of Deutsche Bank AG,

currently unknown to Akamai, with knowledge concerning the exercise of control by Deutsche Bank AG over its subsidiary, Deutsche Bank Securities, Inc., for purposes of Akamai's control-person liability claims under Section 20(a) of the United States Securities and Exchange Act of 1934, as amended, 15 U.S.C. § 78a, et seq., and M.G.L. c. 110A, § 410(b).

        Respectfully submitted,

        AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION

        By their attorneys,

        /s/  Michael T. Gass_____
        Michael T. Gass (BBO #546874)
        Jennifer E. Tracy (BBO #661539)
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, MA 02110
        Tel: (617) 248-4750

        Andrew Weissmann (*admitted pro hac vice*)
        Michael W. Ross (*admitted pro hac vice*)
        Elizabeth A. Edmondson (*admitted pro hac vice*)
        JENNER & BLOCK LLP
        919 Third Avenue, 37th Floor
        New York, NY 10022
        Tel: (212) 891-1600

Dated:  April 1, 2011

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 1, 2011.

/s/  Michael T. Gass
Michael T. Gass

4840204v1