UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AKAMAI TECHNOLOGIES, INC. and
AKAMAI SECURITIES CORPORATION,

                Plaintiffs,

v.

DEUTSCHE BANK AG,

                Defendant.

Civil Action No.:
1:10 Civ. 10254 (JLT)

## List of Persons Deutsche Bank AG Wishes to Depose

Pursuant to the Court's Notice of Scheduling Conference and the Modified Discovery Order, dated March 15, 2011, Defendant Deutsche Bank AG, by and through its undersigned counsel, provides the following list of individuals that it may seek to depose:

1. Robert J. Cobuzzi
2. J. Donald Sherman
3. Steve Forman
4. Kerry Lieberman
5. Akamai's broker at UBS where Akamai owned ARS starting in 2002
6. Akamai's auditor at PWC, which audited Akamai's financial statements
7. Akamai's consultant at Deloitte, which provided risk management services
8. Akamai's broker at Comerica
9. Akamai's broker at Silicon Valley
10. Akamai's broker at JP Morgan
11. Akamai's broker at Barclays

Deutsche Bank AG recognizes that pursuant to Local Rule 26.1(c), each side is limited to ten (10) depositions. Deutsche Bank AG needs to obtain documents from Akamai and additional information before it determines the precise identity of the deponents and whether it will need to

request an order to exceed this limitation. Deutsche Bank AG reserves the right to supplement or amend this list based upon information learned during the course of discovery.

Dated: April 1, 2011

GREENBERG TRAURIG, LLP

By: _____
Stephen L. Saxl (admitted *pro hac vice*)
Toby S. Soli (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400
saxls@gtlaw.com
solit@gtlaw.com

A. John Pappalardo, BBO #388760
Victor H. Polk, Jr., BBO #546099
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel.: (617) 310-6000
Fax: (617) 310-6001
pappalardoj@gtlaw.com
polkv@gtlaw.com

*Attorneys for Defendant Deutsche Bank AG*

## CERTIFICATE OF SERVICE

I hereby certify that this document was sent via Federal Express and email to all counsel of record on April 1, 2011.

_____
Toby S. Soli