UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AKAMAI TECHNOLOGIES, INC. and<br>AKAMAI SECURITIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 10-10254-JLT |

ORDER

April 12, 2011

TAURO, J.

After a Scheduling Conference held on April 12, 2011, this court hereby orders that:

1. The Parties shall complete document discovery by July 13, 2011.

2. The Parties may conduct the following depositions:

    a. Plaintiffs: (1) Kevin Lynch; (2) Jonathan DeFreytas; (3) Susanna Chan; (4) Hardy Manges; (5) Andres Ponce; (6) Con Accibal; (7) Paul Vambutas; (8) One or more officers, directors, employees, or agents of Defendant, currently unknown to Plaintiffs, with knowledge concerning the exercise of control by Defendant over its subsidiary, Deutsche Bank Securities, Inc., for purposes of Plaintiffs' control-person liability claims under Section 20(a) of the United States Securities and Exchange Act of 1934[1] and

---

[1] 15 U.S.C. § 78a, et seq..

    Massachusetts General Laws chapter 110A, section 410(b).

 b. Defendant: (1) Robert J. Cobuzzi; (2) J. Donald Sherman; (3) Steve Forman; (4) Kerry Lieberman; (5) Plaintiffs' broker at UBS where Plaintiffs owned auction-rate securities starting in 2002; (6) Plaintiffs' auditor at PWC, which audited Plaintiffs' financial statements; (7) Plaintiffs' consultant at Deloitte, which provided risk management services; (8) Plaintiffs' broker at Comerica; (9) Plaintiffs' broker at Silicon Valley; (10) Plaintiffs' broker at JP Morgan; (11) Plaintiffs' broker at Barclays.

3. The above-listed depositions shall be completed by August 13, 2011.

4. No further discovery is permitted without leave of this court.

5. A Pretrial Conference is scheduled for October 4, 2011 at 10:00 a.m.

IT IS SO ORDERED.

            /s/ Joseph L. Tauro
            United States District Judge