UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AKAMAI TECHNOLOGIES, INC. and | * | |
| AKAMAI SECURITIES CORPORATION, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 10-10254-JLT |
| | * | |
| DEUTSCHE BANK AG, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

April 13, 2011

TAURO, J.

This court hereby orders that its April 12, 2011 Order [#52] is VACATED IN PART. To the extent that the Order required all depositions to be completed by August 13, 2011, the Order is VACATED. The depositions listed in the April 12, 2011 Order shall be completed by September 13, 2011. In all other respects, the April 12, 2011 Order remains in force.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge