# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

|   |   |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and <br> AKAMAI SECURITIES CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK AG, <br><br> Defendant. | Civil Action No: <br> 10-CV-10254-JLT |

_____

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation in the above-captioned matter.

                                          */s/ Meghan L. Rhatigan*
                                          Meghan L. Rhatigan (BBO# 663039)
                                          CHOATE HALL & STEWART LLP
                                          Two International Place
                                          Boston, MA 02110
                                          Tel:  (617) 248-4755
                                          Fax:  (617) 248-4000
                                          mrhatigan@choate.com

Date:  August 22, 2011

## **CERTIFICATE OF SERVICE**

   I, Meghan L. Rhatigan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 22, 2011.

               */s/ Meghan L. Rhatigan*
               Meghan L. Rhatigan