UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>Defendant. | Civil Action No:<br>10-CV-10254-JLT |

**STIPULATED MOTION TO MODIFY DISCOVERY SCHEDULE**

WHEREAS the Court set a deadline for the completion of depositions by September 13, 2011 by Order dated April 13, 2011 (Dkt. No. 53);

WHEREAS Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation (collectively "Akamai") and Defendant Deutsche Bank AG ("Deutsche Bank") have jointly agreed and stipulate to extending the deadline to October 21, 2011;

WHEREAS Akamai and Deutsche Bank have filed cross-motions regarding the list of deponents that are now pending before the Court;

WHEREFORE Akamai and Deutsche Bank jointly and respectfully request that the Court grant an extension of the deposition deadline until October 21, 2011.

Dated: August __, 2011

| AKAMAI TECHNOLOGIES, INC. and<br>AKAMAI SECURITIES CORPORATION | DEUTSCHE BANK AG |
|---|---|
| By its attorneys,<br><br>_____ | By its attorneys,<br><br>_____ |

Michael T. Gass (BBO #546874)
Jennifer E. Tracy (BBO #661539)
Meghan L. Rhatigan (BBO# 663039)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-4750

Andrew Weissmann (*pro hac vice*)
Michael W. Ross (*pro hac vice*)
Elizabeth A. Edmondson (*pro hac vice*)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Tel: (212) 891-1600

Stephen L. Saxl (*pro hac vice*)
Toby S. Soli (*pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200

A. John Pappalardo, BBO #388760
Victor H. Polk, Jr., BBO #546099
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 30, 2011.

/s/ Michael W. Ross
Michael W. Ross