UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>*Defendant*. | 10-CV-10254-JLT |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL A REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS CROSS-MOTION TO AMEND ITS LIST OF DEPONENTS AND FOR SANCTIONS**

Pursuant to Local Rule 7.1(b)(3), Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corp. (together, "Akamai") hereby respectfully request leave of the Court to file under seal a Reply Memorandum in Further Support of Plaintiffs' Cross-Motion to Amend Its List of Deponents and for Sanctions. Plaintiffs request leave (i) to file under seal; and (ii) to file a reply in further support of Plaintiffs' Cross-Motion refuting issues raised by Defendant's Opposition to Plaintiff's Cross-Motion. In support of its motion, Akamai states as follows:

1. The parties have signed a Confidentiality Stipulation, dated July 13, 2011, governing the treatment of confidential material.

2. Plaintiffs' proposed Reply Memorandum in Further Support of Plaintiffs' Cross-Motion to Amend Its List of Deponents and for Sanctions contains confidential information, including information from the related arbitration between Plaintiffs and Defendant's subsidiary, Deutsche Bank Securities Inc., which has been designated confidential pursuant to a confidentiality order entered in that action.

3. Plaintiffs filed their initial Cross-Motion under seal, and Defendant subsequently filed its Opposition to Plaintiffs' Cross-Motion under seal.

4. Plaintiffs believe that a reply memorandum will be helpful to the Court in its consideration of Plaintiffs' Cross-Motion.

5. Plaintiffs propose a reply of no longer than ten pages, to be submitted no later than September 8, 2011, ten days after the filing of Defendant's Opposition to Plaintiff's Cross-Motion.

6. Defendant has stated that it does not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs leave of Court to file a reply memorandum no later than September 8, 2011.

Respectfully submitted,

AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION

By their attorneys,

/s/  Meghan L. Rhatigan_____
Michael T. Gass (BBO #546874)
Meghan L. Rhatigan (BBO #663039)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-4750

Andrew Weissmann (*admitted pro hac vice*)
Michael W. Ross (*admitted pro hac vice*)
Elizabeth A. Edmondson (*admitted pro hac vice*)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Tel: (212) 891-1600

Dated:  August 31, 2011

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Akamai Technologies, Inc. and Akamai Securities Corporation hereby certifies that she has conferred with counsel for the Defendant concerning the subject matter of this Motion. Defendant does not oppose this motion.

/s/ Meghan L. Rhatigan
Meghan L. Rhatigan

## CERTIFICATE OF SERVICE

I, Meghan L. Rhatigan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 31, 2011.

/s/ Meghan L. Rhatigan
Meghan L. Rhatigan

4930060v1