UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK AG, <br><br> Defendant. | Civil Action No: <br> 10-CV-10254-JLT |

## STIPULATED MOTION TO MODIFY DISCOVERY SCHEDULE

WHEREAS the Court set a deadline for the completion of depositions by September 13, 2011 by Order dated April 13, 2011 (Dkt. No. 53);

WHEREAS Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation (collectively "Akamai") and Defendant Deutsche Bank AG ("Deutsche Bank") have jointly agreed and stipulate to extending the deadline to October 21, 2011;

WHEREAS Akamai and Deutsche Bank have filed cross-motions regarding the list of deponents that are now pending before the Court;

WHEREFORE Akamai and Deutsche Bank jointly and respectfully request that the Court grant an extension of the deposition deadline until October 21, 2011.

Dated: August , 2011

| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION | DEUTSCHE BANK AG |
|---|---|
| By its attorneys, <br> /s/ | By its attorneys, <br> /s/ |

Allowed — No further
extensions to be granted
 /s/ Tauro J
 9/1/11