UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and<br>AKAMAI SECURITIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>Defendant. | Civil Action No.:<br>1:10 Civ. 10254 (JLT) |

## MOTION FOR *PRO HAC VICE* ADMISSION, ADAM D. COLE

The defendant, Deutsche Bank AG ("Defendant"), hereby moves, pursuant to L.R. 83.5.3, that the Court allow attorney Adam D. Cole to appear *pro hac vice* in the above-caption matter. As grounds therefore, undersigned counsel state:

1. Attorney Cole is a member in good standing of all the bars in which he is admitted to practice, and familiar with the Local Rules of this Court.

2. There are no disciplinary proceedings pending against Attorney Cole as a member of the bar of any jurisdiction.

3. Undersigned counsel is a member of the bar of this Court, and has appeared in this action on behalf of Defendant.

WHEREFORE, Defendant respectfully requests that the Court grant is Motion for

Admission *Pro Hac Vice* of Adam D. Cole as it co-counsel in this matter.

| | |
|---|---|
| Dated: September 21, 2011 | **RESPECTFULLY SUBMITTED:** |
| | DEUTSCHE BANK AG, <br> Defendant, |
| | By its attorneys: |
| | /s/ Victor H. Polk <br> A. John Pappalardo, BBO #388760 <br> Victor H. Polk, Jr., BBO #546099 <br> GREENBERG TRAURIG, LLP <br> One International Place <br> Boston, MA  02110 <br> Tel.: (617) 310-6000 <br> Fax: (617) 310-6001 <br> pappalardoj@gtlaw.com <br> polkv@gtlaw.com |

## RULE 7.1(A)(2) CERTIFICATE

I, Victor H. Polk, hereby certify that counsel for Plaintiff has ASSENTED to the allowance of this motion.

/s/ Victor H. Polk

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on September 21, 2011.

/s/ Victor H. Polk

## CERTIFICATION

I, Adam D. Cole, Esquire hereby certify that:

1. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice. I have been admitted to practice in the courts of the State of New York, and the Southern and Eastern Districts of New York and the District of Columbia Circuit.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts

_____
Adam D. Cole

Dated: September 21, 2011