## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

AKAMAI TECHNOLOGIES, INC. and )
AKAMAI SECURITIES CORPORATION, )
                                                 )
            Plaintiffs,    ) Civil Action No:
                                  ) 10-CV-10254-JLT
      v.                )

DEUTSCHE BANK AG, )
            Defendant.    )
_____ )

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation in the above-captioned matter.

                                                 */s/ Anita M. Christy*
                                                 Anita M. Christy (BBO# 676302)
                                                 CHOATE HALL & STEWART LLP
                                                 Two International Place
                                                 Boston, MA 02110
                                                 Tel: (617) 248-4031
                                                 Fax: (617) 502-40301
                                                 achristy@choate.com

Date: September 22, 2011

## CERTIFICATE OF SERVICE

      I, Anita M. Christy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 22, 2011.

                                         */s/ Anita M. Christy*
                                         Anita M. Christy

4943555v1