UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AKAMAI TECHNOLOGIES, INC. and | * | |
| AKAMAI SECURITIES CORPORATION, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 10-10254-JLT |
| | * | |
| DEUTSCHE BANK AG, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

September 22, 2011

TAURO, J.

After a Hearing held on September 22, 2011, this Court hereby orders that:

1. Defendant's Motion for Protective Order [#56] is DENIED.

2. Plaintiffs' Cross Motion to Amend Akamai's List of Deponents and for Sanctions [#60] is DENIED.

3. Defendant's Motion to Amend Its Deponent List [#69] is ALLOWED.

4. This Court's ORDER of April 12, 2011 [#52] is VACATED. The Parties may take the following depositions. No further depositions will be permitted in this matter.

   a. Plaintiffs: (1) Susanna Chan; (2) Michael Jordan; (3) Andrew Peisch; (3) Richard D'Albert; (4) Michael Burke; (5) Rajeef Misra; (6) Bill Broeksmit; (7) Thomas Bowers; (8) Josef Ackerman. Of the depositions that have not

        yet been taken, the deposition of Richard D'Albert will be taken first, and the remaining depositions will be taken in order of reverse-seniority, with the most senior deponent (Josef Ackerman) being deposed last. The order of the depositions is conditioned upon Defendant making the witnesses available to Plaintiffs within a reasonable time and in the appropriate order given the discovery deadline.

    b.    Defendants: (1) Frederic Salerno; (2) Jill Greenthal; (3) Marty Coyne; (4) Robert Wood; (5) Robert Cobuzzi; (6) Kerry Lieberman;(7) Steven Foreman.

5.    The above-listed depositions MUST BE COMPLETED BY November 30, 2011.

6.    No further discovery, including depositions of expert witnesses or of any witness not included in this order, is permitted without leave of this Court.

7.    The Pretrial Conference originally scheduled for October 4, 2011 is CANCELLED. A Further Conference will be held on January 5, 2012 at 11 A.M.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                             United States District Judge