UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

AKAMAI TECHNOLOGIES, INC. and )
AKAMAI SECURITIES CORPORATION, )
)
　　　　　Plaintiffs, )   Civil Action No:
) 　10-CV-10254-JLT
　　　　　v. )
)
DEUTSCHE BANK AG, )
)
　　　　　Defendant. )
_____ )

## NOTICE OF WITHDRAWAL OF APPEARANCE

　　　I, Meghan L. Rhatigan, hereby withdraw my appearance for the Plaintiffs, Akamai Technologies, Inc. and Akamai Securities Corporation, in the above-captioned action.  Plaintiffs, Akamai Technologies, Inc. and Akamai Securities Corporation, will continue to be represented by Michael T. Gass and Anita M. Christy of the law firm Choate, Hall & Stewart LLP, Two International Place, Boston, Massachusetts 02110.  Notices and correspondence should continue to be directed to their attention.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Meghan L. Rhatigan*
　　　　　　　　　　　　　　　　　　　　　　　　Meghan L. Rhatigan (BBO# 663039)
　　　　　　　　　　　　　　　　　　　　　　　　CHOATE HALL & STEWART LLP
　　　　　　　　　　　　　　　　　　　　　　　　Two International Place
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　　　　Tel:  (617) 248-4755
　　　　　　　　　　　　　　　　　　　　　　　　Fax:  (617) 248-4000
　　　　　　　　　　　　　　　　　　　　　　　　mrhatigan@choate.com

Date:  October 13, 2011

2

**CERTIFICATE OF SERVICE**

      I, Meghan L. Rhatigan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 13, 2011

                                                                */s/ Meghan L. Rhatigan*
                                                                Meghan L. Rhatigan