UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and<br>AKAMAI SECURITIES CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>*Defendant*. | Civil Action No.:<br>10-CV-10254-JLT<br><br>**MOTION FOR LEAVE TO WITHDRAW ANDREW WEISSMANN AS COUNSEL FOR PLAINTIFFS AKAMAI TECHNOLIGIES, INC. AND AKAMAI SECURITIES CORPORATION** |

PURSUANT TO RULE 83.5.2 of the Local Rules of the United States District Courts for the District of Massachusetts, the law firm Jenner & Block, LLP files this Motion for Leave to Withdraw Andrew Weissmann as Counsel for Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation (jointly, "Akamai"), in the above-captioned case. In support of this motion, I state as follows:

1. I, Andrew Weissmann, am identified as counsel to be noticed in the above-captioned case. As of October 23, 2011, I will no longer be employed by Jenner & Block, LLP.

2. Akamai has been informed of and consents to my withdrawal.

3. Akamai remains represented by the law firm of Jenner & Block, LLP and other attorneys from Jenner & Block, LLP have entered appearances on behalf of Akamai in the above-captioned case.

4. The withdrawal of my appearance will not affect the case schedule in any way.

72949.1

5.  For the foregoing reasons, Jenner & Block, LLP respectfully requests that this Court grant leave for my withdrawal as counsel for Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation.

Dated: October 19, 2011

                                                  Respectfully submitted,

                                                  /s/ Andrew Weissmann
                                                  Andrew Weissmann
                                                  JENNER & BLOCK LLP
                                                  919 Third Ave., 37th Floor
                                                  New York, NY 10022
                                                  (212) 891-1650 (t)
                                                  (212) 891-1699 (f)
                                                  aweissmann@jenner.com
                                                  *Attorneys for Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation*

72949.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and<br>AKAMAI SECURITIES CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>*Defendant*. | Civil Action No.:<br>10-CV-10254-JLT<br><br>**CERTIFICATION OF SERVICE** |

The undersigned certifies that on this 19th Day of October, 2011, the foregoing motion for Leave to Withdraw Andrew Weissmann as counsel for Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation was electronically served upon all counsel on this action.

_____
Andrew Weissmann

72949.1