# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and<br>AKAMAI SECURITIES CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>*Defendant*. | )<br>)<br>)    10-CV-10254-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corp. (together, "Akamai") and Defendant Deutsche Bank AG ("DB") hereby jointly move to dismiss, with prejudice, all claims and causes of action in this matter, with each party to bear its own costs and attorneys fees, and with all rights of appeal waived. As grounds in support of this motion, Akamai and DB state that they have resolved all disputes between the parties.

2

| RESPECTFULLY SUBMITTED, | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION | DEUTSCHE BANK AG |
| By its attorneys, | By its attorneys, |
| /s/ Anita M. C. Spieth<br>Michael T. Gass (BBO #546874)<br>Jennifer E. Tracy (BBO #661539)<br>Anita M. C. Spieth (BBO #676302)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tel: (617) 248-4750<br>mgass@choate.com<br>jtracy@choate.com<br>aspieth@choate.com | /s/ Toby S. Soli<br>Stephen L. Saxl (admitted *pro hac vice*)<br>Toby S. Soli (admitted *pro hac vice*)<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>New York, New York  10166<br>Tel:  (212) 801-9200<br>Fax:  (212) 801-6400<br>saxls@gtlaw.com<br>solit@gtlaw.com |
| Michael W. Ross (*admitted pro hac vice*)<br>Elizabeth A. Edmondson (*admitted pro hac vice*)<br>JENNER & BLOCK LLP<br>919 Third Avenue, 37th Floor<br>New York, NY 10022<br>Tel: (212) 891-1600<br>mross@jenner.com<br>eedmondson@jenner.com | A. John Pappalardo (BBO #388760)<br>Victor H. Polk, Jr. (BBO #546099)<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, MA  02110<br>Tel:  (617) 310-6000<br>Fax:  (617) 310-6001<br>pappalardoj@gtlaw.com<br>polkv@gtlaw.com |

Dated:  December 19, 2011

### CERTIFICATE OF SERVICE

     I hereby certify that on December 19, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve such filing to all attorneys of record.

                                                                 /s/ Anita M. C. Spieth
                                                                 Anita M. C. Spieth

4995697v1