## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.:<br>   10-CV-10254-JLT<br><br>   **MOTION FOR LEAVE TO**<br>   **WITHDRAW ANDREW WEISSMANN**<br>   **AS COUNSEL FOR PLAINTIFFS**<br>   **AKAMAI TECHNOLIGIES, INC. AND**<br>   **AKAMAI SECURITIES**<br>   **CORPORATION** |

PURSUANT TO RULE 83.5.2 of the Local Rules of the United States District Courts for the District of Massachusetts, the law firm Jenner & Block, LLP files this Motion for Leave to Withdraw Andrew Weissmann as Counsel for Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corporation (jointly, "Akamai"), in the above-captioned case. In support of this motion, I state as follows:

1.    I, Andrew Weissmann, am identified as counsel to be noticed in the above-captioned case. As of October 23, 2011, I will no longer be employed by Jenner & Block, LLP.

2.    Akamai has been informed of and consents to my withdrawal.

3.    Akamai remains represented by the law firm of Jenner & Block, LLP and other attorneys from Jenner & Block, LLP have entered appearances on behalf of Akamai in the above-captioned case.

4.    The withdrawal of my appearance will not affect the case schedule in any way.



72949.1