UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. and AKAMAI SECURITIES CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEUTSCHE BANK AG,<br><br>*Defendant*. | 10-CV-10254-JLT |

## JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Akamai Technologies, Inc. and Akamai Securities Corp. (together, "Akamai") and Defendant Deutsche Bank AG ("DB") hereby jointly move to dismiss, with prejudice, all claims and causes of action in this matter, with each party to bear its own costs and attorneys fees, and with all rights of appeal waived. As grounds in support of this motion, Akamai and DB state that they have resolved all disputes between the parties.

Allowed
/s/ Tauro DJ
1/3/12